**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Shelbourne North Water Street Corporation

                                  Plaintiff,

v.                                           Case No.: 1:18−cv−01461
                                             Honorable Andrea R. Wood

National Asset Management Agency, et al.

                                  Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 13, 2018:

      MINUTE entry before the Honorable Andrea R. Wood: Motion hearing held. For the reasons stated on the record, Defendant's motion to defer under the mandatory initial discovery pilot project order [39] is granted. The Court sets the following briefing schedule on Defendants' motion to refer [23] and motion to dismiss [24]: Plaintiff shall respond to both motions by 6/27/2017 and Defendants shall reply in support of both motions by 7/27/2017. Plaintiffs are granted leave to file a consolidated response brief of up to 75 pages in length. Defendants are granted leave to file a total of 45 pages in reply for both motions, whether one brief or two. Status hearing set for 10/3/2018 at 9:00 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.